# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DAVID MARVIN CLINE, | Case No. 25-cv-03509-BAS-BJW |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE (ECF No. 17)** |
| HOME DEPOT U.S.A., INC *et. al*, | |
| Defendants. | |

Pending before the Court is Parties' joint motion pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A)(ii) to dismiss the above-captioned action.  (ECF No. 17.)

Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss its action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment or (2) filing a stipulation of dismissal signed by all parties who have appeared.  Fed. R. Civ. P. 41(a)(1)(A); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Dismissal is effective upon the filing of a notice or stipulation, as described in Rule 41(a)(1)(A), and no court order is required.  *Stone v. Woodford*, No. CIV-F-05-845 AWI DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007).  A dismissal is without prejudice unless the parties stipulate otherwise.  Fed. R. Civ. P. 41(a)(1)(B).  However, the local civil rules of this district require that where, as here,

- 1 -

25cv3509

litigants seek voluntary dismissal pursuant to stipulation, in accordance with Rule 41(a)(1)(A)(ii), the stipulation of dismissal must be filed as a joint motion. *See* CivLR 7.2.

Here, Parties jointly move to dismiss the present action. (ECF No. 17.) Having considered the parties' submission, the Court **GRANTS** the joint motion. (*Id*.) Thus, the Court **DISMISSES WITH PREJUDICE** the action. Each party shall bear its own costs and attorney's fees, unless otherwise agreed in writing. The Court also **DIRECTS** the Clerk of Court to close the case.

**IT IS SO ORDERED.**

**DATED: March 26, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

25cv3509